NUMBER 13-08-161-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: PROGRESO INDEPENDENT SCHOOL DISTRICT

 

 

On Petition for Writ of Mandamus and

Motion for Emergency Stay

 


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Vela


Memorandum Opinion Per Curiam


 

 Relator, Progreso Independent School District, filed a petition for writ of mandamus
in the above cause on March 28, 2008, in which it alleges that respondent, The Honorable
Leticia Lopez, Presiding Judge of the 389th Judicial District Court of Hidalgo County,
Texas, abused her discretion by issuing a temporary injunction prohibiting Progreso
Independent School District from omitting the name of Eleazar Perez, Jr., as a candidate
for Trustee, Place 3, of the District, from the election ballot for the May 10, 2008 election. 
In addition to the petition for writ of mandamus, relator filed a motion for emergency stay
asking the Court to order a stay of the March 28, 2008 order pending a decision on the
merits of the petition for writ of mandamus. This Court requested the real party in interest,
Eleazar Perez, Jr., to file a response no later than 2:00 p.m. on March 31, 2008. Real
party in interest filed his response on March 31, 2008.

 The Court, having examined and fully considered the petition for writ of mandamus,
motion for emergency stay, and the response to relator's petition for writ of mandamus, is
of the opinion that relator has not shown itself entitled to the relief sought and the petition
for writ of mandamus should be denied. In addition, the relator's motion for emergency
relief is denied.

 The relator's petition for writ of mandamus is hereby DENIED. See Tex. R. App. P.
52.8(a).


 PER CURIAM


Memorandum Opinion delivered and

filed this 31st day of March, 2008.